# Order

Michigan Supreme Court
Lansing, Michigan

April 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162711(46)

EFFIE LIADIS,

        Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION, also
known as SMART,

        Defendant-Appellant,

and

VIVIAN RICE RUPERT

        Defendant.

_____/

SC: 162711
COA: 351205
Oakland CC: 2017-157333-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on April 29, 2021, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk